# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

J & J Sports Productions, Inc.,

          Plaintiff,

v.

Soken Chea, et al.,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01210-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant, Soken Chea in the following amounts:
   a. For the Violation of Title 47 U.S.C. § 605(e)(3)(c)(i)(II): $10,000.00
   b. For the Violation of Title 47 U.S.C. § 605(e)(3)(c)(ii): $30,000.00.

5/29/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk